

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00044-CV

---

SI INVESTMENTS CORP., SARBJIT KAUR AND IQBAL KAUR, Appellants

V.

RN SWEET I, LLC, Appellee

---

On Appeal from the County Court at Law No. 2
Gregg County, Texas
Trial Court No. 2017-1980-CCL2

---

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal, representing that they have fully and finally resolved any pending issues related to the judgment from which this appeal was filed. Under the authority of Rule 42.1(a) of the Texas Rules of Appellate Procedure and in keeping with the parties' wishes, we grant the motion to dismiss. *See* TEX. R. APP. P. 42.1(a).

We dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:     July 16, 2018
Date Decided:       July 17, 2018